# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRENDA WHITE-WILKERSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:18-cv-18-00663** |
| | § | **JURY** |
| **BYRON ANTHONY AND** | § | |
| **TYSON FOODS, INC.** | § | |
| **Defendants.** | § | |

---

# INDEX OF EXHIBITS TO DEFENDANTS' NOTICE OF REMOVAL

---

Pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas, Defendants, Byron Anthony and Tyson Foods, Inc., hereby attach the following documents:

(1)     All executed process in the case:

See ***Exhibit "1"*** attached hereto.

(2)     Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings;

See ***Exhibit "2"*** attached hereto.

(3)     All orders signed by the state judge;

No responsive documents were provided by the State Court.

(4)     The docket sheet;

No responsive documents were provided by the State Court.

---

(5)     An index of matters being filed; and

See *Index of Exhibits to Defendant Tyson Foods, Inc.'s Notice of Removal.*

(6)     A list of all counsel of record including addresses, telephone numbers and parties represented.

Roger A. Sullivan
Email: roger@bstrial.com
BRANN SULLIVAN TRIAL LAWYERS PLLC
602 Sawyer, Suite 700
Houston, Texas 77007
Telephone: 713.278.7425
Facsimile: 713.510.1883
*Counsel for Plaintiff*

Zach T. Mayer
Email: zmayer@krcl.com
Brian J. Fisher
Email: bfisher@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.777.4200
Facsimile: 214.777.4299
- and -
Andrew J. Mihalick
Email: amihalick@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
Galleria Tower II
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile: 214.425.7700
*Counsel for Defendants*

# EXHIBIT 1

Received and E-Filed for Record
2/8/2018 8:00 AM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

# NON-RESIDENT CITATION

### Cause Number: 18-01-00689

48274-2

**CLERK OF THE COURT**

Barbara Gladden Adamick
P.O. BOX 2985
CONROE, TEXAS 77305

**ATTORNEY REQUESTING THIS SERIVCE**

Roger A. Sullivan
602 Sawyer, Suite 700
Houston TX  77007

## THE STATE OF TEXAS

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To:     Tyson Foods, Inc.
        Registered Agent CT Corporation System
        1999 Bryan St
        Suite 900
        Dallas TX  75201

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants at or before 10:00 a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the 284th Judicial District Court at the Courthouse of said County in Conroe, Texas.

Said Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants was filed in said court on this the 18th day of January, 2018, in this case, numbered 18-01-00689 on the docket of said court, and styled,

Brenda White Wilkerson VS. Byron Anthony, Tyson Foods, Inc.

The nature of plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 23rd day of January, 2018.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

By: _____
    Sonya Sanford, Deputy

"Certified as to certification on signature page"

# OFFICER'S RETURN

Cause·No: 18-01-00689
Court No: 284th Judicial District Court
Style: Brenda White-Wilkerson VS. Byron Anthony, Tyson Foods, Inc.
TO: Tyson Foods, Inc.
Address for Service: Registered Agent CT Corporation System
                     1999 Bryan St
                     Suite 900,
                     Dallas TX  75201

Came to hand the 29 day of JANUARY, 2018 at 8:22 A/M o'clock, and
executed in DALLAS County, Texas by delivering to each of the
within named defendants in person, a true copy of this citation with the
date of delivery endorsed thereon, together with the accompanying copy of
the Plaintiff's Original Petition and Request for Disclosure, First Set of
Interrogatories, First Request for Admissions, First Request for
Production and Request for Privilege Log to Defendants, at the following
times and places, to wit:

Name | Date/Time | Place, Course and distance from Courthouse
Tyson Foods Inc. | JAN 30/12:33 | 1999 Bryan Street Dallas TX
C/o CT Corp |  |

Manner of service: _____
*And not executed as to the defendants(s) _____ N/H

The diligence used in finding said defendant(s) being: N/H

And the cause of failure to execute this process is: N/H

And information received as to the whereabouts of said defendant(s) being: N/H

FEES:
Serving Petition and Copy     $ N/A
TOTAL                          $ N/A

                                              N/A
                                                    OFFICER
                                   DALLAS County, Texas
                              By: N/A   Deputy

                    AFFIANT

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In
accordance with Rule 107: the officer, or authorized person who serves, or attempts to
serve a citation shall sign and return. The return must either be verified or be signed
under penalty of perjury. A return signed under penalty of perjury must contain the
statement below in substantially the following form:

My full name is Shirla Shepherd my date of birth is 06/19/2018 and my
address is 5704 Washburn River, Fort Worth, TX 76107
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in DALLAS, County, State of TX, on the 30 day of
JANUARY 20 18.

Declarant/Authorized Process Server
12714  October 30, 2020
ID# & Exp. Of Certification

I, Barbara Gladden Adamick, so hereby
Certify, 2 pages in Cause # 1801 00689
as being a true and correct copy of the
Original Record now on file in the District
Clerk's Office of Montgomery County, Texas
Witness My Official Seal of Office in Conroe, Texas
On This the 27 Day of Feb. 2018
By: _____ Deputy

"Certified as to certification
on signature page"

# NON-RESIDENT CITATION

### Cause Number: 18-01-00689

CLERK OF THE COURT

Barbara Gladden Adamick
P.O. BOX 2985
CONROE, TEXAS 77305

ATTORNEY REQUESTING THIS SERIVCE

Roger A. Sullivan
602 Sawyer, Suite 700
Houston TX  77007

## THE STATE OF TEXAS

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To:     Tyson Foods, Inc.
        Registered Agent CT Corporation System
        1999 Bryan St
        Suite 900
        Dallas TX  75201

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants at or before 10:00 a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the 284th Judicial District Court at the Courthouse of said County in Conroe, Texas.

Said Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants was filed in said court on this the 18th day of January, 2018, in this case, numbered 18-01-00689 on the docket of said court, and styled,

Brenda White-Wilkerson VS. Byron Anthony, Tyson Foods, Inc.

The nature of plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 23rd day of January, 2018

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

Re user:SS
Issued 01/23/2018 15:22:23

By: _____

Sonya Sanford, Deputy

I, Barbara Gladden Adamick, do hereby
Certify ___ pages in Cause # 1801 00689
as being a true and correct copy of the
Original Record now on file in the District
Clerk's Office of Montgomery County, Texas.

Witness My Official Seal of Office in Conroe, Texas
On This the 27 Day of Feb. 2018

By: _____, Deputy

"Certified as to certification on signature page"

# OFFICER'S RETURN

Cause No: 18-01-00689
Court No: 284th Judicial District Court
Style: Brenda White-Wilkerson VS. Byron Anthony, Tyson Foods, Inc.
TO: Tyson Foods, Inc.
Address for Service: Registered Agent CT Corporation System
                     1999 Bryan St
                     Suite 900
                     Dallas TX  75201

Came to hand the ____day of _____, 20__, at _____o'clock, and
executed in _____ County, Texas by delivering to each of the
within named defendants in person, a true copy of this citation with the
date of delivery endorsed thereon, together with the accompanying copy of
the Plaintiff's Original Petition and Request for Disclosure, First Set of
Interrogatories, First Request for Admissions, First Request for
Production and Request for Privilege Log to Defendants, at the following
times and places, to wit:

Name              Date/Time        Place, Course and distance from Courthouse
_____  _____   _____

Manner of service:_____
*And not executed as to the defendants(s) _____

The diligence used in finding said defendant(s) being:
_____

And the cause of failure to execute this process is:
_____

And information received as to the whereabouts of said defendant(s) being:
_____

FEES:
Serving Petition and Copy      $_____
TOTAL                          $_____

                                    _____OFFICER
                                    _____County, Texas
                                    By: _____, Deputy

                    AFFIANT

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In
accordance with Rule 107: the officer, or authorized person who serves, or attempts to
serve a citation shall sign and return. The return must either be verified or be signed
under penalty of perjury. A return signed under penalty of perjury must contain the
statement below in substantially the following form:

My full name is _____ my date of birth is ___/___/____, and my
address is _____.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in_____, County, State of _____, on the ___day of
_____, 20____.

                              _____
                              Declarant/Authorized Process Server

                              _____
                              ID# & Exp. Of Certification

# NON-RESIDENT CITATION

### Cause Number: 18-01-00689

| | |
|---|---|
| CLERK OF THE COURT | ATTORNEY REQUESTING THIS SERIVCE |
| Barbara Gladden Adamick | Roger A. Sullivan |
| P.O. BOX 2985 | 602 Sawyer, Suite 700 |
| CONROE, TEXAS 77305 | Houston TX  77007 |

# THE STATE OF TEXAS

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To:  Byron Anthony
     1306 N Chalmers
     Apt 32
     Altus OK  73521

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants at or before 10:00 a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the 284th Judicial District Court at the Courthouse of said County in Conroe, Texas.

Said Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants was filed in said court on this the 18th day of January, 2018, in this case, numbered 18-01-00689 on the docket of said court, and styled,

Brenda White-Wilkerson VS. Byron Anthony, Tyson Foods, Inc.

The nature of plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 23rd day of January, 2018

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

Bu user:SS
Issued 01/23/2018 15:22:02

By: _____

Sonya Sanford, Deputy

I, Barbara Gladden Adamick, do hereby
Certify _2_ pages in Cause #180100689
as being a true and correct copy of the
Original Record now on file in the District
Clerk's Office of Montgomery County, Texas

Witness My Official Seal of Office in Conroe, Texas
On This the 27 Day of Feb. 2018

By: _____ , Deputy

"Certified as to certification on signature page"

# OFFICER'S RETURN

Cause No: 18-01-00689
Court No: 284th Judicial District Court
Style: Brenda White-Wilkerson VS. Byron Anthony, Tyson Foods, Inc.
TO: Byron Anthony
Address for Service: 1306 N Chalmers
                     Apt 32
                     Altus OK 73521

Came to hand the ___ day of _____, 20__, at _____ o'clock, and executed
in _____ County, Texas by delivering to each of the within named
defendants in person, a true copy of this citation with the date of delivery
endorsed thereon, together with the accompanying copy of the Plaintiff's Original
Petition and Request for Disclosure, First Set of Interrogatories, First Request
for Admissions, First Request for Production and Request for Privilege Log to
Defendants, at the following times and places, to wit:
Name                Date/Time         Place, Course and distance from Courthouse
_____   _____   _____

Manner of service: _____
*And not executed as to the defendants(s) _____

The diligence used in finding said defendant(s) being:
_____

And the cause of failure to execute this process is:
_____

And information received as to the whereabouts of said defendant(s) being:
_____

FEES:
Serving Petition and Copy   $_____
TOTAL                        $_____

                                     _____ OFFICER
                                     _____ County, Texas
                         By: _____, Deputy
                   AFFIANT

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance
with Rule 107: the officer, or authorized person who services, or attempts to serve a citation
shall sign and return. The return must either be verified or be signed under penalty of perjury. A
return signed under penalty of perjury must contain the statement below in substantially the
following form:

My full name is _____ my date of birth is ___/___/____, and my address
is_____.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in_____, County, State of _____, on the ___day of _____,
20____.

                               _____
                               Declarant/Authorized Process Server

                               _____
                               ID# & Exp. Of Certification

# EXHIBIT 2

# OFFICIAL RECEIPT



**Barbara Gladden Adamick**
**Montgomery County District Clerk**
**Po Box 2985**
**Conroe, Tx 77305**
**(936)-539-7855**

Payor
White-Wilkerson, Brenda

Receipt No.
**2018-173273**

Transaction Date
02/28/2018

| Description | Amount Paid |
|---|---|

White-Wilkerson, Brenda
    18-01-00689
    Brenda White-Wilkerson VS. Byron Anthony, Tyson Foods, Inc.

| | |
|---|---|
| Certified Copies | 23.00 |
| Certified Copies | 23.00 |
| **SUBTOTAL** | **23.00** |
| Remaining Balance Due: $0.00 | |

| | |
|---|---|
| **PAYMENT TOTAL** | **23.00** |

| | |
|---|---|
| Check (Ref #106122) Tendered | 23.00 |
| Total Tendered | **23.00** |
| Change | 0.00 |

cert copies

| 02/28/2018 | Cashier | Audit |
|---|---|---|
| 09:17 AM | Station DCR2 | 6418754 |

# OFFICIAL RECEIPT



**KANE RUSSELL**
**COLEMAN LOGAN**

RECEIVED AND FILED
FOR RECORD
At _____ O'Clock _____ M.
CATHY PRESTON BARBARA GLADDEN
Direct (214) 777-0082 • FEB 26 2018
cpreston@krcl.com BARBARA GLADDEN ADAMICK
District Clerk
MONTGOMERY COUNTY, TEXAS
By_____ Deputy

February 22, 2018

**VIA –OVERNIGHT MAIL**
District Clerk - Records
Barbara Gladden Adamick
Montgomery County District Clerk
PO Box 2985
Conroe, TX  77305

      Re:   ***Brenda White-Wilkerson v. Byron Anthony and Tyson Foods, Inc.***
              Cause No:   18-01-00689
              Court:       In the 284th Judicial District Court, Montgomery Co., Texas
              Our File No.: 58140.00175.000

Dear Clerk:

      Please provide a ***certified copy*** of the entire court file including the docket sheet (even if blank) in the above-referenced matter.

      I understand that there are 23 pages.  Pursuant to my telephone conference with the Clerk, our fee is $23.00 for the certified copy.

      Please return the certified copy in the enclosed, self-addressed return envelope (Priority Mail). Express

      Your prompt attention to this matter is greatly appreciated.  We have a removal deadline to federal court of March 1, 2017.

      In case you have any questions or require additional information, please do not hesitate to give me a call.  Thank you for your cooperation and assistance in this matter.

          Sincerely,

          **KANE RUSSELL COLEMAN LOGAN PC**

          By: *Cathy Preston*
          Cathy Preston, Paralegal to Brian Fisher

          *Thank you!*

Dallas
1601 Elm Street
Suite 3700
Dallas, Texas 75201
214.777.4200

Houston
5051 Westheim
Suite 1000
Houston, Texas
713.425.7400

Received and E-Filed for Record
2/20/2018 9:51 AM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

CAUSE NO.  18-01-00689

| | | |
|---|---|---|
| **BRENDA WHITE-WILKERSON,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MONTGOMERY COUNTY, TEXAS** |
| | § | |
| **BYRON ANTHONY AND TYSON** | § | |
| **FOODS, INC.,** | § | |
| | § | |
| *Defendants.* | § | **284TH JUDICIAL DISTRICT** |

## DEFENDANTS BYRON ANTHONY AND
## TYSON FOODS, INC.'S ORIGINAL ANSWER

Defendants, Byron Anthony ("Anthony") and Tyson Foods, Inc. ("Tyson") (collectively referred to as "Defendants"), file their Original Answer and state the following:

**I.**
**GENERAL DENIAL**

1.     Defendants deny each and every, all and singular, the material allegations contained within the Original Petition filed by Plaintiff, Brenda White-Wilkerson ("Plaintiff"), and demand strict proof thereof.

**II.**
**SPECIAL EXCEPTIONS**

2.     Defendants specially except to *Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants* in its entirety because Plaintiff has pled for the recovery of monetary damages but has failed to

*"Certified as to certification on signature page"*

specify the total amount of damages which they seek to recover pursuant to the specific requirements of Texas Rule of Civil Procedure 47(c). Further, a party that fails to comply with Rule 47(c) may not conduct discovery until the party's pleading is amended to comply. Defendants requests that, after notice and hearing, the Court sustains this special exception and order Plaintiff to re-plead and identify with specificity the total amount of damages in accordance with Rule 47(c). Should Plaintiff refuse or fail to cure this defect, Defendant prays the Court will strike *Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants* in its entirety.

3.      Defendants specially except to Sections V, VI, VII, VIII, IX, X, and XII of *Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants*. Plaintiff seeks unliquidated damages but have not stated a maximum amount in accordance with Rule 47(c). Defendants request that, after notice and hearing, the Court sustain this special exception and order Plaintiffs to re-plead. Should Plaintiff refuse or fail to cure this defect, Defendants pray the Court will strike Sections V, VI, VII, VIII, IX, X, and XII entitled Relief of *Plaintiff's Original Petition and Request for Disclosure, First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants*.

"Certified as to certification on signature page"

## III.
## AFFIRAMATIVE DEFENSES

4.        Pleading further, alternatively, and by way of affirmative Defense, Defendants assert that Plaintiff's claim is barred by the statute of limitations.

5.        Pleading further, alternatively, and by way of affirmative defense, Defendants assert that any damages sought to be recovered by Plaintiff should be reduced to the extent that Plaintiff has failed to take the reasonable steps that a person of ordinary prudence in a similar situation would have taken to avoid the claimed damages.

6.        Pleading further, alternatively, and by way of affirmative defense, Defendants assert that in the unlikely event that an adverse judgment would be rendered against them, Defendants would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law.

7.        Pleading further, alternatively, and by way of affirmative defense, Defendants assert that Plaintiff engaged in acts, including acts of negligence, which caused Plaintiff's damages.  Therefore, Plaintiff is barred, in whole or in part, from a recovery of damages from Tyson.

8.        Pleading further, alternatively, and by way of affirmative defense, Defendants assert that other parties may have caused the Plaintiff's injuries.  If such is established, Defendants' liability must be reduced accordingly, and if Defendants are found to be jointly and severally liable, Defendants are entitled to a judgment for contribution from other Defendants.

"Certified as to certification on signature page"

9.      Pleading further, alternatively, and by way of affirmative defense, Defendants assert that Plaintiff's damages, if any, were solely caused by the conduct of other parties or, alternatively, that the conduct of other parties was an intervening cause of Plaintiff's claimed damages.  Therefore, Defendants are not liable for such damages.

10.     Pleading further, alternatively, and by way of affirmative defense, Defendants assert that Plaintiff assumed the risk associated with engaging in the activity associated with the incident made the basis of this lawsuit.  Plaintiff should therefore be barred from recovery of damages against Defendants.

11.     Pleading further, alternatively, and by way of affirmative defense, Defendants assert that in addition to any other limitation under law, Plaintiff's recovery of medical or health care expenses be limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Section 41.0105 of the Texas Civil Practices and Remedies Code.

12.     Pleading further, alternatively, and by way of affirmative defense, Defendants assert that pursuant to the Patient Protection and Affordable Care Act ("ACA") and common-law, Plaintiff has a duty to mitigate the amount of future damages for medical care by purchasing a health insurance policy no later than March 31, 2014 in accordance with the Individual Mandate prescribed in 26 U.S.C. § 5003A *et. seq.* Further, Defendants' potential liability for future medical care should be limited to the amounts not covered under the ACA for co-pays and deductibles. In the alternative, if Plaintiff has purchased a health insurance policy

pursuant to the Individual Mandate, Plaintiff's future medical expenses should be limited to the amount the ACA will actually pay for medical expenses and not the full retail cost of future medical care.

13.     Defendants hereby give notice that they intend to rely upon such other defenses or denials, affirmative or otherwise, and to assert third-party claims and any other claims, as may become available or appear during discovery as it proceeds in this matter, and hereby reserve the right to amend their Answer to assert such defenses.

## IV.
## JURY DEMAND

14.     In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendants demand a trial by jury.

## V.
## PRAYER

15.     Defendants Byron Anthony and Tyson Foods, Inc., pray that Plaintiff take nothing by this suit, that Defendants go hence with their costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

"Certified as to certification on signature page"

**DEFENDANTS BYRON ANTHONY AND TYSON FOODS, INC.'S ORIGINAL ANSWER**
**PAGE 5 OF 7**                                              5943838 v1 (58140.00175.000)

Respectfully submitted,

By:     /s/ Zach T. Mayer
        Zach T. Mayer
        State Bar No. 24013118
        zmayer@krcl.com
        Brian J. Fisher
        State Bar No. 24032178
        bfisher@krcl.com

KANE RUSSELL COLEMAN LOGAN PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201
Telephone: 214.777.4200
Facsimile: 214.777.4299

        Andrew J. Mihalick
        State Bar No. 24046439
        amihalick@krcl.com

KANE RUSSELL COLEMAN LOGAN PC
Galleria Tower II
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile: 713.425.7700

**ATTORNEYS FOR DEFENDANTS
BYRON ANTHONY AND TYSON
FOODS, INC.**

I, Barbara Gladden Adamick, do hereby
Certify  7  pages in Cause # 1801 00689
as being a true and correct copy of the
Original Record now on file in the District
Clerk's Office of Montgomery County, Texas.

Witness My Official Seal of Office in Conroe, Texas
On This the 27 Day of Feb. 2018

By: _____ , Deputy

"Certified as to certification on signature page"

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of February 2018, a true and correct copy of the foregoing has been forwarded to all counsel of record, as follows:

**Via eFileTexas.gov**
**Via Email:** roger@bstrial.com
Roger A. Sullivan
BRANN SULLIVAN TRIAL LAWYERS, PLLC
602 Sawyer, Suite 700
Houston, Texas 77007

/s/ Zach T. Mayer
Zach T. Mayer

"Certified as to certification on signature page"

Received and E-Filed for Record
2/20/2018 9:51 AM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

**KANE RUSSELL ⬝**
**COLEMAN LOGAN**

ZACHARY T. MAYER
Direct  (214) 777-4271
Email zmayer@krcl.com

February 20, 2018

**Via Efile**
**Via Email:** roger@bstrial.com
ROGER A. SULLIVAN
Brann Sullivan Trial Lawyers, PLLC
602 Sawyer, Suite 700
Houston, Texas 77007

Re:  ***Brenda White-Wilkerson v. Byron Anthony and Tyson Foods, Inc.***
Cause No:    18-01-00689
Court:    In the 284th Judicial District Court, Montgomery Co., Texas
Our File No.: 58140.00175.000

Dear Counsel:

Attached please find ***Defendants Byron Anthony and Tyson Foods, Inc.'s Original Answer,*** which was e-filed today in the 284th Judicial District Court, Montgomery County, Texas, in the above-referenced matter.

In case you have any questions or require additional information, please do not hesitate to contact Brian J. Fisher at 214-777-4240 or bfisher@krcl.com and Andrew J. Mihalick at (713) 425-7438 or amihalick@krcl.com.  Thank you for your cooperation and assistance in this matter.

Very truly yours,
**KANE RUSSELL COLEMAN LOGAN PC**

By: _____
Zachary T. Mayer

ZTM/smp
Attachment

I, Barbara Gladden Adamick, do hereby
Certify  1  pages in Cause # 18\01\00689
as being a true and correct copy of the
Original Record now on file in the District
Clerk's Office of Montgomery County, Texas
Witness My Official Seal of Office in Conroe, Texas
On This the 27 Day of Feb. 2018
By: _____ , Deputy

Dallas
1601 Elm Street
Suite 3700
Dallas, Texas 75201
214.777.4200

Houston
5051 Westheimer Road
Suite 1000
Houston, Texas 77056
713.425.7400

5944067v1(58140.00175.000)

Received and E-Filed for Record
1/18/2018 8:00 AM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

CAUSE NO. 18-01-00689

| | | |
|---|---|---|
| **BRENDA WHITE-WILKERSON;** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | **MONTGOMERY COUNTY, TEXAS** |
| | § | |
| **BYRON ANTHONY AND TYSON** | § | |
| **FOODS, INC.;** | § | Montgomery County - 284th Judicial District Court |
| | § | |
| **Defendants** | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR PRODUCTION AND REQUEST FOR PRIVILEGE LOG TO DEFENDANTS

**TO THE HONORABLE COURT:**

COMES NOW Brenda White-Wilkerson, hereinafter called "Plaintiff" complaining of Byron Anthony and Tyson Foods, Inc. hereinafter called "Defendants," and respectfully shows the Honorable Court and Jury as follows:

**I.**

### DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3, pursuant to Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

**II.**

### REMOVAL FROM EXPEDITED TRIAL RULE

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over $500,000.00. The amount of

*"Certified as to certification on signature page"*

monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

## III.

## PARTIES

Plaintiff Brenda White-Wilkerson is an individual resident of Houston, Texas. Her Texas driver's license number is *****153 and his social security number is ***-**-*088.

Defendant Byron Anthony is an individual resident of Altus, Oklahoma and may be served with process at 1306 N. Chalmers, Apt. 32, Altus, Oklahoma, 73521 or wherever he may be found.

Defendant Defendant, Tyson Foods, Inc. is a foreign corporation authorized to do business in the State of Texas and may be served with process by serving its registered agent for service of process, CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## IV.

## JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Montgomery County, Texas. Venue therefore, is proper in Montgomery County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

"Certified as to certification on signature page"

## V.

## FACTS

This lawsuit arises out of a motor vehicle collision that occurred on January 16, 2016 on the northbound entrance ramp of IH-45 near Longstreet Road in Willis, Montgomery County, Texas.  At the time, Plaintiff was a passenger in a vehicle being driven by her husband, Eddie Wilkerson.  At the time, Plaintiff's vehicle was on the entrance ramp of IH-45 in the lane directly behind an 18-wheeler driven by Defendant, Byron Anthony and owned by Defendant, Tyson Foods, Inc.  Plaintiff's vehicle was stopped.  Defendant, Byron Anthony backed his 18-wheeler into the vehicle in which Plaintiff was a passenger.    As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI.

## CAUSES OF ACTION

### A. NEGLIGENCE—BYRON ANTHONY

At the time of the motor vehicle collision, Defendant Byron Anthony was operating his vehicle negligently. Specifically, Defendant, Byron Anthony, had a duty to exercise ordinary care and operate his vehicle reasonably and prudently. Defendant breached that duty in one or more of the following respects:

1.   Defendant failed to keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2.   Defendant backed when unsafe;

3.   Defendant failed to maintain the legal direction of travel;

"Certified as to certification on signature page"

4.      Defendant failed to timely apply his brakes;

5.      Defendant failed to keep an assured safe distance from Plaintiff's vehicle;

6.      Defendant failed to turn his vehicle in an effort to avoid the collision.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

### B.  NEGLIGENT ENTRUSTMENT –TYSON FOODS, INC.

At the time and on the occasion in question, Defendant Tyson Foods, Inc. was the owner of the vehicle driven by Defendant Byron Anthony.  Defendant Tyson Foods, Inc. negligently entrusted the vehicle to Defendant Byron Anthony in that they knew or should have known that the Defendant, Byron Anthony, was a negligent, incompetent, and/or reckless driver.

### C.  RESPONDEAT SUPERIOR –TYSON FOODS, INC.

Additionally, Plaintiff will show that at the time and on the occasion complained of, Defendant Byron Anthony was in the course and scope of his employment with Defendant Tyson Foods, Inc. thereby making this Defendant liable under the theory of *Respondeat Superior.*

In the alternative, Plaintiff would show that at the time and on the occasion complained of, Defendant, Byron Anthony was operating the subject vehicle in furtherance of a mission for the benefit of this Defendant and subject to control by this defendant.

At all times hereto, this defendant (1) had an agreement, either express or implied with respect to the activities of Byron Anthony, (2) had a common purpose with

"Certified as to certification on signature page"

respect to the activities of Byron Anthony, (3) had a common business or pecuniary interest with respect to the activities of Byron Anthony, and (4) had an equal right to a voice in the direction of the enterprise and thus gave each an equal right of control with respect to the activities of Byron Anthony.

## VII.

## DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

a.  Medical expenses in the past and future;

b.  Lost wages/earnings in the past and future;

c.  Physical pain and suffering in the past and future;

d.  Mental anguish in the past and future; and

e.  Physical impairment in the past and future.

## VIII.

## REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the TEXAS RULES OF CIVIL PROCEDURE Defendants are requested to disclose, within fifty (50) days of service of this request, the information or material described in Rule 194.2 (a)-(l).

## IX.

## DISCOVERY DOCUMENTS

Contemporaneously with this petition, Plaintiff serves to Defendants:

"Certified as to certification on signature page"

1.	Plaintiff's First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendant Byron Anthony;

2.	Plaintiff's First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendant, Tyson Foods, Inc.

## X.

## INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same. The authenticity of such items is self-proven per TRCP 193.7.

## XI.

## JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## XII.

## U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XIII.

## RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1.	Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

"Certified as to certification on signature page"

2.     Plaintiff's future medical expenses;

3.     Plaintiff's lost wages in the past and loss of earning capacity in the future;

4.     Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

5.     Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

6.     Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

7.     Interest on the judgment at the legal rate from the date of judgment;

8.     Pre-judgment interest on Plaintiff's damages as allowed by law;

9.     All costs of court; and

10.    Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**BRANN SULLIVAN TRIAL LAWYERS PLLC**

/s/ *Roger A. Sullivan*
ROGER A. SULLIVAN
SBN: 24033370
602 Sawyer, Suite 700
Houston, Texas  77007
(713) 278-7425 - Telephone
(713) 510-1883 – Facsimile
roger@bstrial.com

**ATTORNEYS FOR PLAINTIFF**

I, Barbara Gladden Adamick, do hereby Certify _7_ pages in Cause #1801 00689 as being a true and correct copy of the Original Record now on file in the District Clerk's Office of Montgomery County, Texas.

Witness My Official Seal of Office in Conroe, Texas On This the 22 Day of Feb. 2018

By: _____, Deputy

"Certified as to certification on signature page"

Montgomery County - 284th Judicial District Court

# CIVIL CASE INFORMATION SHEET

Received and E-Filed for Record
1/18/2018 8:00 AM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

CAUSE NUMBER *(FOR CLERK USE ONLY)*: __18-01-00689__          COURT *(FOR CLERK USE ONLY)*: _____

STYLED __BRENDA WHITE-WILKERSON VS BYRON ANTHONY AND TYSON FOODS, INC.__
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:<br>ROGER A. SULLIVAN<br><br>Address:<br>Brann Sullivan Trial Lawyers<br>602 Sawyer Suite 700<br><br>City/State/Zip:<br>Houston, Texas 77007<br><br>Signature:<br><br>/s/ Roger A. Sullivan | Email:<br>roger@bstrial.com<br><br>Telephone:<br>713-278-7425<br><br>Fax:<br>713-510-1883<br><br>State Bar No:<br>24033370 | Plaintiff(s)/Petitioner(s):<br><br>Brenda White-Wilkerson<br><br>Defendant(s)/Respondent(s):<br><br>Byron Anthony<br>Tyson Foods, Inc.<br><br>_____<br>_____<br>[Attach additional page as necessary to list all parties] | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br>_____<br>Non-Custodial Parent:<br>_____<br>Presumed Father:<br>_____ |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>____<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>____ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>Liability: ____<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br>____<br>☐Other Injury or Damage:<br>____ | ☐Eminent Domain/<br>Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>____<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>Pre-indictment<br>☐Other: ____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br><br>**Other Family Law**<br>☐Enforce Foreign<br>Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>of Minority<br>☐Other: ____ | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental<br>Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>____ | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: ____ | | |
| **Tax** | | *Probate & Mental Health* | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: ____ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do no select if it is a family law case)*:**

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☒Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13

Received and E-Filed for Record
1/18/2018 8:00 AM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

## CIVIL PROCESS REQUEST FORM
**(Please use this form for all service requests made to the Montgomery County District Clerk)**

**Cause No.:** 18-01-00689     **Court:** Montgomery County - 284th Judicial District Court

## Service to be issued to as follows:
*(Please enter the names of the parties to be served and the locations for service as you wish it to be printed on the service documents.)*

1.  **Name:** Byron Anthony
    **Agent:**
    **Address:** 1306 N. Chalmers, Apt. 32
    **City:** Altus     **State:** Oklahoma     **Zip:** 73521

    ☐ *Check here to have your citation addressed to the recipient wherever he or she may be found.*

Method of service (please choose how the recipient will be served):

- ☒ Service by Constable or Process Server**
- ☐ Certified Mail by District Clerk with Restricted Delivery*
- ☐ Registered Mail by District Clerk (for service outside of the U.S.)*
- ☐ Foreign Judgment Notice (UCCJEA) by Certified Mail*
- ☐ Foreign Judgment Notice (UIFSA) by Regular U.S. Mail*
- ☐ Publication/Posting
- ☐ Certified Mail by District Clerk*
- ☐ Regular Mail*
- ☐ Secretary of State (or other citations which require 2 copies are $12.00)

2.  **Name:** Tyson Foods, Inc.
    **Agent:** CT Corporation System
    **Address:** 1999 Bryan Street, Suite 900
    **City:** Dallas     **State:** Tx     **Zip:** 75201

    ☐ *Check here to have your citation addressed to the recipient wherever he or she may be found.*

Method of service (please choose how the recipient will be served):

- ☒ Service by Constable or Process Server**
- ☐ Certified Mail by District Clerk with Restricted Delivery*
- ☐ Registered Mail by District Clerk (for service outside of the U.S.)*
- ☐ Foreign Judgment Notice (UCCJEA) by Certified Mail*
- ☐ Foreign Judgment Notice (UIFSA) by Regular U.S. Mail*
- ☐ Publication/Posting
- ☐ Certified Mail by District Clerk*
- ☐ Regular Mail*
- ☐ Secretary of State (or other citations which require 2 copies - $12.00)

## Instrument(s) to be served (*name the documents/filings you want served on the above recipients*):
Plaintiff's Original Petition and Discovery to Defendants

## Type of Process to be Issued:

- ☒ Citation
- ☐ Notice of Foreign Judgment (please specify type under Method of Service)
- ☐ Temporary Ex Parte Protective Order/Notice of Application for Protective Order
- ☐ Writ
- ☐ Subpoena (you must provide the Subpoena to be issued, along with this form)
- ☐ Civil Temporary Restraining Order or Writ of Sequestration***

*If service is to be by certified or registered mail, you must provide correct copies for service either by paying the District Clerk to print them at $1/page, or in paper form. If you provide paper service copies, they must be complete with Cause Number, Court Designation, and Clerk's File Stamp.

**If service will be performed by a Constable or Process Server, the District Clerk will return your Citation to you or your process server. You may pay the District Clerk to print copies at $1/page, or you may attach your own copies before service.

***Bond and bond approval fee must be paid before issuance.

Attorney or Party requesting issuance of service:
**Name:** Roger A. Sullivan     **Email Address:** roger@bstrial.com
**Address:** 602 Sawyer, Suite 700, Houston, Texas 77007     **Phone:** (713) 278-7425

## Please indicate how you would like your citations to be returned below:

- ☒ Mail to Attorney of Record (no postage is required)
  send via email to: sandra@bstrial.com
- ☐ Place in Process Server's box in District Clerk's Office Please indicate name of Server
- ☐ Mail to Process Server (Server must provide postage paid envelopes.)
- ☐ Keep in District Clerk's office and contact attorney for pickup by calling or emailing: