United States District Court
Southern District of Texas
**ENTERED**
March 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENDA WHITE-WILKERSON, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-00663 |
| § § | |
| TYSON FOODS, INC., *et al*, § § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of even date, the defendants', Byron Anthony ("Anthony") and Tyson Foods, Inc. ("Tyson") (collectively, the "defendants"), motion for summary judgment is **GRANTED**. The plaintiff, Brenda White-Wilkerson (the "plaintiff"), shall take nothing by her suit.

This is a **FINAL JUDGMENT**.

SIGNED on this 21st day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge